IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROGER BYRNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-12179 |
| ) | Hon. Arthur J. Tarnow |
| UNITED STATES OF AMERICA, *et al.*, ) | Magistrate Judge: Donald A. Scheer |
| ) | |
| Defendants. ) | |

UNITED STATES OF AMERICA'S NOTICE OF APPEAL

Notice is hereby given that the defendant and counterclaim plaintiff United States of America, by its attorney, Stephen J. Murphy, III, United States Attorney for the Eastern District of Michigan, appeals to the United States Court of Appeals for the Sixth Circuit, from a May 12, 2008, Judgment dismissing the above-captioned matter.

Respectfully submitted,

STEPHEN J. MURPHY, III
United States Attorney


*/s/ Raagnee Beri*
RAAGNEE BERI
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7917
Fax: (202) 514-5238
E-mail: Raagnee.Beri@usdoj.gov

3420292.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing UNITED STATES OF AMERICA'S NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will automatically sent notification of such filing to the following:

| | |
|---|---|
| Thomas E. Dew, Esquire | Scott R. Murphy, Esquire |
| Berry Moorman P.C. | Barnes &Thornburg LLP |
| 535 Griswold, Suite 1900 | 300 Ottawa Ave. Suite 500 |
| Detroit, MI 48226 | Grand Rapids, Michigan 49503 |

Parties may access this filing through the Court's system.

                                            */s/ Raagnee Beri*
                                            RAAGNEE BERI
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 55
                                            Ben Franklin Station
                                            Washington, D.C.  20044
                                            Telephone: (202) 305-7917
                                            Fax: (202) 514-5238
                                            E-mail: Raagnee.Beri@usdoj.gov