UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER BYRNE, | ) | |
| | ) | |
| Plaintiff/ Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-12179 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Hon. Arthur J. Tarnow |
| | ) | Magistrate Judge Scheer |
| Defendant/Counterclaim Plaintiff, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC C. KUS, and BERNARD D. FULLER, | ) ) | |
| | ) | |
| Additional Defendants on Counterclaim. | ) ) | |

## JUDGMENT

Judgment is entered as follows:

(1) in favor of the United States and against Roger Byrne in the amount of $594,774.58 for unpaid federal tax liabilities under 26 U.S.C. § 6672, for the quarterly tax periods ended June 30, 2006, September 30, 2006, and December 31, 2006, plus statutory additions accruing from June 28, 2010, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, as specified in 28 U.S.C. § 1961;

(2) in favor of the United States and against Eric C. Kus in the amount of $594,774.84 for unpaid federal tax liabilities under 26 U.S.C. § 6672, for the quarterly tax periods ended June 30, 2006, September 30, 2006, and December 31, 2006, plus statutory additions accruing from June 28, 2010, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, as specified in 28 U.S.C. § 1961.

ENTER: July ___, 2010

_____
ARTHUR J. TARNOW
Judge, United States District Court

3907452.1